Board of Education of Union Free School District No. 3, Town of Eastchester, Appellant and Respondent, *v.* Board of Education of City of Mount Vernon, Respondent and Appellant.

Argued January 15, 1945; decided March 1, 1945.

*Arthur H. Ellis* for defendant-respondent and appellant.

*Saul Wilchins* for Board of Education of Union Free School District, No. 2, Town of Eastchester, N. Y., *amicus curiæ* in support of defendant-appellant.

*Chester B. McLaughlin* and *James S. Bennett* for plaintiff-appellant and respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.